UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
AT MADISON

| | |
|---|---|
| LISA CHANEY,<br><br>    Plaintiff,<br><br>v.<br><br>SANOFI U.S. SERVICES INC.; and<br>SANOFI-AVENTIS U.S. LLC,<br><br>    Defendants. | Case No. 3:23-cv-00821-SLC<br><br>Honorable Judge Steven L. Crocker |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lisa Chaney and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC (collectively, "Sanofi") jointly stipulate to the dismissal of this action in its entirety, with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: March 17, 2025

Respectfully submitted,

**SANOFI US SERVICES, INC. and
SANOFI-AVENTIS U.S. LLC**

By:    /s/    William F. Northrip
William F. Northrip
Jousef M. Shkoukani
SHOOK, HARDY & BACON, L.L.P
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
wnorthrip@shb.com
jshkoukani@shb.com

Tamar B. Kelber
Gass Turek LLC
241 N. Broadway, Suite 300
Milwaukee, WI 53202

        (414) 223-3300
Email: kelber@gassturek.com

*Counsel for Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC*

By:   /s/ Gibbs C. Henderson
     Gibbs C. Henderson
     Nachawati Law Group
     5489 Blair Road
     Dallas, TX 75231
     214-890-0711
     Email: ghenderson@fnlawfirm.com

     Tarek C. Abbassi
     Fears Nachawati PLLC
     5473 Blair Road
     Dallas, TX 75231
     214-890-0711
     Email: tabbassi@fnlawfirm.com

*Counsel for Plaintiff Lisa Chaney*